UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANDRE JENKINS,

                Plaintiff,

  -against-

NYS DIVISION OF MILITARY &
NAVAL AFFAIRS and ARTHUR CHERRY,

                Defendants.
----------------------------------------------------------------X

JUDGMENT
07-CV- 5328 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 08 2009 ★
BROOKLYN OFFICE

      An Order of Honorable John Gleeson, United States District Judge, having been filed on May 7, 2009, adopting the unopposed Report and Recommendation of Magistrate Judge Lois Bloom, dated April 15, 2009; and dismissing the case pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v); it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the unopposed Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that the case is dismissed pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).

Dated: Brooklyn, New York
       May 08, 2009

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court